Richard D. Marca, State Bar #127365
Jamie E. Wrage, State Bar # 188982
**GRESHAM SAVAGE NOLAN & TILDEN,
A Professional Corporation**
3750 University Avenue, Suite 250
Riverside, CA  92501-3335
Telephone:   (951) 684-2171
Facsimile:    (951) 684-2150
Richard.Marca@greshamsavage.com
Jamie.Wrage@greshamsavage.com

Attorneys for Defendant,
WERNER ENTERPRISES, INC., erroneously
sued herein as WERNER ENTERPRISES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA SHAW,<br><br>    Plaintiff,<br><br>vs.<br><br>WERNER ENTERPRISES; JANE DOE; and DOES 1 through 100, Inclusive,<br><br>    Defendants. | CASE NO. ED CV 07-1576 VAP (OPx)<br><br>ASSIGNED FOR ALL PURPOSES<br>To The Honorable Virginia A. Phillips<br><br>**JUDGMENT** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA  92501-3335
(951) 684-2171

268834.1

JUDGMENT

1    On May 6, 2008, Plaintiff Brenda Shaw ("Shaw") and Defendant Werner Enterprises, Inc., erroneously sued herein as Werner Enterprises ("Werner") filed a Stipulation to voluntarily dismiss the Second Cause of Action with prejudice. By Order of January 9, 2008, after a hearing before this Court on January 7, 2008, pursuant to a Motion by Werner to Dismiss the First Cause of Action, the Court granted the Motion to Dismiss and dismissed the First Cause of Action with prejudice.

   Therefore, it is ORDERED and ADJUDGED that Shaw take nothing and that the action be dismissed in its entirety.

Dated: May 18, 2008

By. _____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

- 1 -

JUDGMENT

GRESHAM SAVAGE
NOLAN & TILDEN,
A PROFESSIONAL CORPORATION
3750 University Ave., Ste. 250
Riverside, CA 92501-3335
(951) 684-2171

268834.1